## A12A1149. HUDSON v. THE STATE.
(758 SE2d 133)

MILLER, Judge.

In *State v. Hudson*, 293 Ga. 656 (748 SE2d 910) (2013), the Supreme Court of Georgia reversed the judgment of this Court in *Hudson v. State*, 318 Ga. App. 54 (733 SE2d 360) (2012). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Ray and Branch, JJ., concur.*

DECIDED APRIL 23, 2014.

*Mark A. Begnaud*, for appellant.
*Lee Darragh, District Attorney, Lindsay H. Burton, Assistant District Attorney*, for appellee.